IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL McCADNEY                                              PLAINTIFF

VS.                      CASE NO. 3:06CV00012 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                     DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 27th day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE