IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL McCADNEY                                                        PLAINTIFF

vs.             Civil Case No. 3:06CV00012 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                              DEFENDANT

ORDER

Pursuant to the mandate of the Eighth Circuit Court of Appeals in McCadney v. Astrue, 519 F.3d 764 (8th Cir. 2008), this matter is hereby remanded to the Commissioner for reconsideration of Plaintiff's application in accordance with the court's opinion.

SO ORDERED this 15th day of May, 2008.

_____
United States Magistrate Judge